# EXHIBIT A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form | AGENCY<br>☐ FEPA<br>☑ EEOC | CHARGE NUMBER<br>440-2020-03534 |
|---|---|---|

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| Mr. Dion Gaines | 773-707-1498 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 9134 S. Ada | Chicago, Illinois 60620 | 09/10/1979 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (*if more than one list below.*)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Cook County Sheriff's Department | 500+ | 312-433-6444 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 50 W. Washington | Chicago, Illinois 60602 | Cook |
| NAME | | TELEPHONE (Include Area Code) |
| | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (check appropriate box(es))

☑ RACE  ☑ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☑ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☑ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest
April 2016 to Present
☑ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See Complainant's Affidavit attached hereto

RECEIVED EEOC
MAR 0 4 2020
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary for State and Local Requirements)
S. Miller

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

*[Signature: Dion Gaines]*
Date — Charging Party (Signature)

SIGNATURE OF COMPLAINANT
*[Signature: Dion Gaines]*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

"OFFICIAL SEAL"
S MILLER
Notary Public, State of Illinois
My Commission Expires 3/16/2021